Jack Silver, Esq. SB# 160575
Law Office of Jack Silver
Sarah Danley, Esq. SB #284955
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8175
Facsimile: (707) 528-8675
Email: lhm28843@sbcglobal.net

Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, a 501(c)(3) non-profit, public benefit Corporation,<br><br>    Plaintiff,<br>v.<br>UNI-TILE & MARBLE, INC., et al,<br><br>    Defendants.<br>_____/ | CASE NO.: 3:13-cv-01949 NC<br><br>**EXPEDITED MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE; DECLARATION OF JACK SILVER; [PROPOSED] ORDER [Civil L. R. 16-2(d)]**<br><br>Case Mgmt Conf.:   July 31, 2013 |

Plaintiff NORTHERN CALIFORNIA RIVER WATCH hereby moves for relief from the Order Setting Initial Case Management Conference and ADR Deadlines issued by this Court on April 29, 2013 (DKT #2) in that Plaintiff moves to extend all deadlines set in said Order for period of thirty (30) days.

Dated: June 6, 2013       /s/ Jack Silver
                          JACK SILVER
                          Attorney for Plaintiff
                          NORTHERN CALIFORNIA RIVER WATCH

Expedited Motion for Relief From CMC Schedule        1
3:13:cv-01949 NC

## DECLARATION OF JACK SILVER

1. I am attorney for Plaintiff herein, have personal knowledge of all matters stated herein, and, if called as a witness, could and would testify competently thereto.

2. This action is a complaint for injunctive relief, civil penalties and restitution brought against Defendant Uni-Tile & Marble, Inc. for current and ongoing violations of the Clean Water Act, 33 U.S.C. §1251 *et seq*. The action was filed on April 29, 2013. Defendant was served with the pleadings on May 2, 2013. No appearance has been filed on behalf of Defendant. Defendant is not represented by counsel.

3. At the request of Defendant, counsel for Plaintiff met with Defendant on June 5, 2013 at the Hayward site which is the subject of these proceedings, both to inspect the site and to discuss with Defendant the violations raised in the Complaint.

4. Following the June 5, 2013 meeting, it was agreed that the parties would focus their efforts in the next few weeks on negotiating a resolution of Plaintiff's claims as identified in the Complaint.

5. As the current scheduling Order includes deadlines taking place in July, 2013 and an Initial Case Management Conference on July 31, 2013; and, as any written settlement agreement reached between the parties is required to be provided to the U.S. Department of Justice for the mandatory 45-day agency review in accordance with 33 U.S.C. § 1365(c)(3), I respectfully request that all deadlines be extended for a period of thirty (30) days to allow the parties time to negotiate a resolution of this matter absent further litigation. The continuance requested will not hinder or harm any proceedings in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in Santa Rosa, California on June 6, 2013.

_____
JACK SILVER

Expedited Motion for Relief From CMC Schedule        2
3:13:cv-01949 NC

## ~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING, it is hereby,

**ORDERED,** that the deadlines set forth in Order Setting Initial Case Management Conference and ADR Deadlines be extended as follows:

Last day to:
- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan          -          August 7, 2013

- file ADR Certification signed by parties and counsel

- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

Last day to file Rule 26(f) Report, complete initial disclosures and File Case Management Statement          -          August 21, 2013

Initial Case Management Conference          -          August 28, 2013
~~10:00 a.m.~~ - Courtroom A, 15$^h$ Floor, San Francisco
3:00 p.m.

Dated: June 10, 2013

_____
NATHANAEL M. COUSINS
U.S. MAGISTRATE

IT IS SO ORDERED

Judge Nathanael M. Cousins

Expedited Motion for Relief From CMC Schedule          3
3:13:cv-01949 NC