# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

CALIFORNIA RIVER WATCH,

           Plaintiff,

      v.

UNI-TILE & MARBLE, INC.,

           Defendant.

Case No. 13-cv-01949 NC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

A case management conference is set currently for August 28, 2013.  Defendant Uni-tile & Marble has not appeared in this action, and plaintiff California River Watch has moved for default judgment.  Dkt. No. 11.  That motion is set for hearing on October 9, 2013.  Therefore, the Court CONTINUES the case management conference to October 9, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco.

IT IS SO ORDERED.

Date: August 20, 2013

Nathanael M. Cousins
United States Magistrate Judge