1
2
3
4
5
6
7           UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA

9            SAN FRANCISCO DIVISION

10

11   CALIFORNIA RIVER WATCH,                    Case No. 13-cv-01949 NC

12              Plaintiff,                       **ORDER CONTINUING CASE**
                                                 **MANAGEMENT CONFERENCE**
13          v.

14   UNI-TILE & MARBLE, INC.,

15              Defendant.

16

17        A case management conference is set currently for August 28, 2013.  Defendant Uni-

18   tile & Marble has not appeared in this action, and plaintiff California River Watch has

19   moved for default judgment.  Dkt. No. 11.  That motion is set for hearing on October 9,

20   2013.  Therefore, the Court CONTINUES the case management conference to October 9,

21   2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate

22   Avenue, San Francisco.

23        IT IS SO ORDERED.

24        Date: August 20, 2013                  _____
                                                 Nathanael M. Cousins
25                                               United States Magistrate Judge

26
27
28